**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**DARRELL W. PHILLIPS**     **PETITIONER**

**v.**     **No. 2:10CV203-M-S**

**WARDEN JESSIE STREETER, ET AL.**     **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated June 23, 2011, and the July 11, 2011, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated June 23, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the petitioner's Motion [7] for Injunctive Relief is **DENIED**.

THIS, the 4th day of August, 2011.

                               **/s/ MICHAEL P. MILLS**
                               **CHIEF JUDGE**
                               **UNITED STATES DISTRICT COURT**
                               **NORTHERN DISTRICT OF MISSISSIPPI**